FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re  Bruce Phillips Reed  
Debtor(s)

Case No.  
Chapter  13

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) Bruce Phillips Reed | S.S.#  xxx-xx-1316 |
| | (W) | S.S.# |
| ADDRESS: | 1014 North 9th Avenue | |
| | Humboldt, TN 38343 | |
| PLAN PAYMENT: | 145.00    weekly | |
| PAYROLL DEDUCTION: | OR ( ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: | |
| PLACE OF EMPLOYMENT: | ConAgra Foods Packaged Foods LLC | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

| | | MONTHLY PLAN PMT. |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ -NONE- |
| CHILD SUPPORT: | Future support through Plan to | $ -NONE- |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | -NONE- | $ -NONE- |

| HOME MORTGAGE: | If no arrearage, ongoing payments are to be paid directly by the debtor(s). | |
|---|---|---|
| Wells Fargo Home Mortgage, Inc. | Ongoing pmt. Begin  June 2012 | $ 469.26 |
| | Approx. arrearage  3,000.00    Interest  8.00  % | $ 61.00 |

| SECURED CREDITORS; | VALUE | RATE OF | MONTHLY |
|---|---|---|---|
| (retain lien 11 U.S.C. Sec. 1325{a}{5}) | COLLATERAL | INTEREST | PLAN PMT. |
| -NONE- | $ | % | $ |

UNSECURED CREDITORS:   Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:  $0.00

TERMINATION:   Plan shall terminate upon payment of the above, approximately 60 months.

**Rejected Leases**  
-NONE-:  
**Assumed Leases**  
-NONE-:  
.

DEBTOR'S ATTORNEY:   T. Verner Smith  
Law Office of T. Verner Smith  
112 North Liberty  
Po Box 1743  
Jackson, TN 38302-1743  
731-423-1888